UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TYLER THOMAS DEVRIES MORSE,      CIVIL NO. 16-3703 (PJS/DTS)

    Petitioner,

v.      ORDER

NOBLES COUNTY, MINNESOTA,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 24, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2. Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus [Docket No. 12] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 4/20/17

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Court Judge